IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BRANDEN SIEGFRIED, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-00254 |
| § | |
| CAROLINA B KOLPACK, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the August 7, 2017, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred. Dkt. No. 7. No party filed an objection to the M&R. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 7 at 10 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety. Dkt. No. 7. The Court hereby:

- **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendants;
- **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims related to the legality of his parole revocation and conditions of confinement;
- **COUNTS** the dismissal of this action as a strike for the purposes of 28 U.S.C. § 1915(g); and
- **DIRECTS** the Clerk of the Court to forward a copy of this Order to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

The Court will direct entry of final judgment separately.

SIGNED this 16th day of August, 2018.

_____
Hilda Tagle
Senior United States District Judge